IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, | No.   C06-02054 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DENNIS BOERTJE, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **June 23, 2006**, the case shall be dismissed for failure to prosecute.

The Initial Case Management Conference scheduled for June 20, 2006 is **vacated.**

**IT IS SO ORDERED.**

Dated:    6/13/2006

MARTIN J. JENKINS
United States District Judge