| | |
|---|---|
| 1 | Leemore Libesman (State Bar No. 221969) |
| 2 | HOLME ROBERTS & OWEN LLP |
| | 777 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5826 |
| | Telephone: (213) 572-4300 |
| 4 | Facsimile: (213) 572-4400 |

Attorneys for Plaintiffs
INTERSCOPE RECORDS; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; CAPITOL RECORDS, INC.; AND ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,, <br><br> Plaintiff, <br> v. <br><br> DENNIS BOERTJE, <br><br> Defendant. | Case No.: C06-2054 MJJ <br><br> Honorable Martin J. Jenkins <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DENNIS BOERTJE** <br><br> AND ORDER |

1

NOTICE OF DISMISSAL OF DEFENDANT DENNIS BOERTJE
CASE NO.: C06-2054 MJJ)

#2190 v1

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs Interscope Records, Atlantic Recording Corporation, Sony BMG Music Entertainment, Priority Records, LLC, Capitol Records Inc., and Elektra Entertainment Group Inc. (collectively, "Plaintiffs") hereby voluntarily dismiss defendant Dennis Boertje, without prejudice. Plaintiffs have been unable to locate Mr. Boertje. This case is hereby closed. |

DATED: June 23, 2006

HOLME ROBERTS & OWEN LLP

By: /s/ Leemore Liber
Leemore Libesman
Attorney for Plaintiffs
INTERSCOPE RECORDS; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; CAPITOL RECORDS, INC.; AND ELEKTRA ENTERTAINMENT GROUP INC.

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6/28/2006